UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
HARAKALY, MICHELLE

Case No.: 17-35478-ABA  
Chapter: 7  
Judge: Andrew B. Altenburg, Jr.

## NOTICE OF PROPOSED ABANDONMENT

Andrew Sklar, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Clerk, US Bankruptcy Court<br>District of New Jersey<br>PO Box 2067<br>Camden, NJ 08101 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable Andrew B. Altenburg, Jr. on March 6, 2018, at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No. __4B__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | DEBTOR'S ½ INTEREST IN:<br>351 WORMWOOD HILL ROAD, MANSFIELD CENTER, CT<br>(FMV $250,000.00) |
|---|---|

| Liens on property: | $207,103.00 - SELECT PORTFOLIO SERV |
|---|---|

| Amount of equity claimed as exempt: | $0.00 |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name:       Andrew Sklar, Chapter 7 Trustee

Address:    1200 Laurel Oak Road - Suite 102, Voorhees, NJ 08043

Telephone No.: 856-258-4050

United States Bankruptcy Court
District of New Jersey

In re:
Michelle Harakaly
    Debtor

Case No. 17-35478-ABA
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin                    Page 1 of 2                    Date Rcvd: Jan 30, 2018
                       Form ID: pdf905                Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 01, 2018.
```
db              +Michelle Harakaly,    8 Lafayette Ln,    Cherry Hill, NJ 08003-2543
cr             ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
                 (address filed with court: Ford Motor Credit Company, LLC,     PO Box 62180,
                 Colorado Springs, MO   80962)
517239681       American National Rcovery Group Inc.,    411 Pennsylvania Ave,    Matamoras, PA 18336-1619
517242194      +Anna Rybakova,    9737 63rd Rd, 9J,    Rego Park, NY 11374-1622
517239682       Capital One,    PO Box 30285,    Salt Lake City, UT 84130-0285
517239683       Comenity Bank/ Victoria Secret,    Bankruptcy Dept,    PO Box 182125,    Columbus, OH 43218-2125
517239684       Connecticut Light & Power,    66 Curtis St,    New Britain, CT 06052-1326
517239685       Convergent Outsourcing, Inc.,    800 SW 39th St,    Renton, WA 98057-4975
517239686       Ford Credit,    1 American Rd,    Dearborn, MI 48126-2701
517239687       Gregory L. Woodruff,    PO Box 285,    Columbia, CT 06237-0285
517239688       Integrity Credit Service, LLC,    705 N Mountain Rd,    Newington, CT 06111-1412
517239692       MRLP, LLC,    50 Weston St,    Hartford, CT 06120-1504
517239690       Mansfield City Tax Collector,    4 S Eagleville Rd,    Storrs, CT 06268-2574
517239691       McCalla Raymer Leibert Pierce, LLC,    50 Weston St,    Hartford, CT 06120-1504
517242195       Michael Harakaly,    50 Lafayette Ln,    Cherry Hill, NJ 08003-2538
517239693       Segal and and Iyer,    501 NJ-73 # 202,    Marlton, NJ 08053
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 30 2018 23:18:41     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 30 2018 23:18:38      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517239689       E-mail/Text: bnckohlsnotices@becket-lee.com Jan 30 2018 23:18:05      Kohls's,    PO Box 3043,
                 Milwaukee, WI 53201-3043
517239694       E-mail/Text: jennifer.chacon@spservicing.com Jan 30 2018 23:19:41
                 Select Portfolio Servicing, Inc.,    PO Box 65250,    Salt Lake City, UT 84165-0250
                                                                                              TOTAL: 4
```

         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
517239678      ##Storrs Family Dentistry,    1022 Storrs Rd,    Storrs, CT 06268-2639
                                                                                 TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2018                                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 29, 2018 at the address(es) listed below:
```
              Andrew Sklar    andy@sklarlaw.com, NJ43@ecfcbis.com;dolores@sklarlaw.com
              Anthony Arechavala    on behalf of Debtor Michelle Harakaly legaloptions@comcast.net,
               legaloptions@comcast.net
              John R. Morton, Jr.    on behalf of Creditor   Ford Motor Credit Company, LLC
               ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank National Association, as trustee, on
               behalf of the holders of the Asset Backed Securities Corporation Home Equity Loan Trust, Series
               NC 2005-HE8, Asset Backed Pass-Through Certificates, Seri rsolarz@kmllawgroup.com
```

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Jan 30, 2018
                              Form ID: pdf905          Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                                                                   TOTAL: 5