**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Michelle Harakaly<br>First Name  Middle Name  Last Name | Social Security number or ITIN   xxx–xx–0032<br>EIN  _ _-_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _<br>EIN  _ _-_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 17–35478–ABA | |

# Order of Discharge                                                                                                    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Michelle Harakaly
aka Michelle L. Erdman

3/29/18                                                              **By the court:**  Andrew B. Altenburg Jr.
                                                                                         United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318  **Order of Discharge**  page 2

United States Bankruptcy Court
District of New Jersey

In re:  
Michelle Harakaly  
    Debtor

Case No. 17-35478-ABA  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 2     Date Rcvd: Mar 29, 2018  
                    Form ID: 318     Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 31, 2018.
```
db             +Michelle Harakaly,    8 Lafayette Ln,    Cherry Hill, NJ 08003-2543
517239681       American National Rcovery Group Inc.,    411 Pennsylvania Ave,    Matamoras, PA 18336-1619
517242194      +Anna Rybakova,    9737 63rd Rd, 9J,    Rego Park, NY 11374-1622
517239684       Connecticut Light & Power,    66 Curtis St,    New Britain, CT 06052-1326
517239687       Gregory L. Woodruff,    PO Box 285,    Columbia, CT 06237-0285
517239688       Integrity Credit Service, LLC,    705 N Mountain Rd,    Newington, CT 06111-1412
517239692       MRLP, LLC,    50 Weston St,    Hartford, CT 06120-1504
517239690       Mansfield City Tax Collector,    4 S Eagleville Rd,    Storrs, CT 06268-2574
517239691       McCalla Raymer Leibert Pierce, LLC,    50 Weston St,    Hartford, CT 06120-1504
517242195       Michael Harakaly,    50 Lafayette Ln,    Cherry Hill, NJ 08003-2538
517239693       Segal and and Iyer,    501 NJ-73 # 202,    Marlton, NJ 08053
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 30 2018 02:40:53      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 30 2018 02:40:49      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr              EDI: FORD.COM Mar 30 2018 06:23:00      Ford Motor Credit Company, LLC,    PO Box 62180,
                 Colorado Springs, MO  80962
517239682       EDI: CAPITALONE.COM Mar 30 2018 06:24:00      Capital One,    PO Box 30285,
                 Salt Lake City, UT 84130-0285
517239683       EDI: WFNNB.COM Mar 30 2018 06:23:00      Comenity Bank/ Victoria Secret,    Bankruptcy Dept,
                 PO Box 182125,   Columbus, OH 43218-2125
517239685       EDI: CONVERGENT.COM Mar 30 2018 06:24:00      Convergent Outsourcing, Inc.,    800 SW 39th St,
                 Renton, WA 98057-4975
517239686       EDI: FORD.COM Mar 30 2018 06:23:00      Ford Credit,    1 American Rd,    Dearborn, MI 48126-2701
517239689       EDI: CBSKOHLS.COM Mar 30 2018 06:23:00      Kohls's,    PO Box 3043,    Milwaukee, WI 53201-3043
517239694       E-mail/Text: jennifer.chacon@spservicing.com Mar 30 2018 02:42:01
                 Select Portfolio Servicing, Inc.,    PO Box 65250,    Salt Lake City, UT 84165-0250
                                                                                             TOTAL: 9
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517239678      ##Storrs Family Dentistry,    1022 Storrs Rd,    Storrs, CT 06268-2639
                                                                                  TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2018                                                     Signature: _/s/Joseph Speetjens_

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 29, 2018 at the address(es) listed below:
```
          Andrew   Sklar    andy@sklarlaw.com,    NJ43@ecfcbis.com;dolores@sklarlaw.com
          Anthony   Arechavala    on behalf of Debtor Michelle  Harakaly legaloptions@comcast.net,
           legaloptions@comcast.net
          John R. Morton, Jr.    on behalf of Creditor   Ford Motor Credit Company, LLC
           ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
          Rebecca Ann Solarz    on behalf of Creditor   U.S. Bank National Association, as trustee, on
           behalf of the holders of the Asset Backed Securities Corporation Home Equity Loan Trust, Series
           NC 2005-HE8, Asset Backed Pass-Through Certificates, Seri rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
```

```
District/off: 0312-1          User: admin              Page 2 of 2            Date Rcvd: Mar 29, 2018
                              Form ID: 318             Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         William E. Craig    on behalf of Creditor    Ford Motor Credit Company, LLC
          mortoncraigecf@gmail.com, mortoncraigecf@gmail.com

                                                                                                  TOTAL: 6

Case 17-35478-ABA    Doc 16    Filed 03/31/18    Entered 04/01/18 00:41:57    Desc Imaged
Certificate of Notice    Page 4 of 4